**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SUPER 8 MOTELS, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> SAI KRUPA, INC., et al., : <br> : <br> Defendants : | Civil Action No. 06-4972 (JAG) <br><br> **ORDER** |

**GREENAWAY, JR., U.S.D.J.**

On October 2, 2007, Magistrate Judge Madeline Cox Arleo filed a Report and Recommendation ("R&R"), pursuant to Fed. R. Civ. P. 72(b) and L. Civ. R. 72(a)(2), wherein she recommended that the answers, affirmative defenses and counterclaim of defendant Sai Krupa, Inc. ("Sai Krupa") be stricken from the record, and that default be entered against Sai Krupa as a sanction for failing to secure counsel. The time for filing objections to the R&R has expired and no objections were submitted.

A magistrate judge's recommended disposition of a dispositive matter is subject to de novo review. In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998); Temptations, Inc. v. Wager, 26 F. Supp 2d 740, 743 (D.N.J. 1998) see also FED. R. CIV. P. 72(b). This Court has reviewed the parties' submissions and the R&R under the appropriate de novo standard, and agrees with Magistrate Judge Arleo's analysis and conclusion. Therefore,

IT IS on this  29th  day of October, 2007,

ORDERED that Magistrate Judge Arleo's R&R is adopted as the opinion of this Court; and it is further

ORDERED that Sai Krupa's answer, affirmative defenses and counterclaim (Docket Entry No. 13) be stricken from the record; and it is further

ORDERED that default be entered against Sai Krupa; and it is further

ORDERED that a copy of this Order shall be served on all parties within seven (7) days of the date of this Order.

                                             S/Joseph A. Greenaway, Jr.
                                             JOSEPH A. GREENAWAY, JR., U.S.D.J.